

# NUMBER 13-19-00412-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

MSGR. MICHAEL HERAS,                                    Appellant,

v.

THE DIOCESE OF CORPUS CHRISTI
AND BISHOP WILLIAM MICHAEL MULVEY,          Appellees.

On appeal from the 319th District Court
of Nueces County, Texas.



# NUMBER 13-19-00413-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

---

**FR. JOHN FEMINELLI,**                                                                          **Appellant,**

**v.**

**THE DIOCESE OF CORPUS CHRISTI
AND BISHOP WILLIAM MICHAEL MULVEY,**                                    **Appellees.**

---

### On appeal from the 319th District Court
### of Nueces County, Texas.

---

# ORDER OF ABATEMENT

**Before Chief Justice Contreras and Justices Longoria and Hinojosa
Order Per Curiam**

In appellate cause 13-19-00412-CV, appellant Monsignor Michael Heras brought suit against appellees the Diocese of Corpus Christi and the Most Reverend Michael Mulvey for defamation. In appellate cause 13-19-00413-CV, Father John Feminelli also

brought suit against the appellees for defamation. The cases are intertwined because both Heras and Feminelli sued appellees for being included on a publicly published list of clergy members "credibly accused" of sexual abuse of a minor. The appellees responded with pleas to the jurisdiction based on ecclesiastical abstention. The trial court granted both pleas, dismissing Heras's and Feminelli's cases.

These cases are both under submission before this Court following oral argument held on April 9, 2020. In their briefs, appellants and appellees heavily reference a case out of the Amarillo Court of Appeals. *See In re Diocese of Lubbock*, 592 S.W.3d 196, 198 (Tex. App.—Amarillo 2019, pet. filed). The Texas Supreme Court granted review of this case and heard argument on the case on January 6, 2021. Appellants argue that *In re Diocese* is "virtually identical" to the present case. Although appellees attempt to distinguish *In re Diocese*, the case undoubtedly involves similar facts and circumstances as Heras's and Feminelli's causes. In the *In re Diocese* case, Deacon Jesus Guerrero sued the Diocese of Lubbock for defamation for including him on a list of clergy who had been "credibly accused" of sexual abuse of a minor. *See id.* The case discusses the doctrine of ecclesiastical abstention and whether that bars the former clergy member's suit for defamation, which is highly relevant to the present case.

On its own motion, the Court, having reexamined and reconsidered the documents on file, finds that these appeals should be abated in the interest of judicial economy until such time as the Texas Supreme Court may decide the issues presented in *In re Diocese of Lubbock*. Accordingly, we hereby ABATE the appeals until further order of this Court.

PER CURIAM

Delivered and filed on the
12th day of February, 2021.